**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 09-cv-01697-PAB-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:   November 10, 2009** | **Courtroom Deputy:**   Linda Kahoe |

GARY L. DILLAHUNTY,                                     Bruce Alan Danford

     Plaintiff,

     v.

PRECEPT BUILDERS, INC.,                               Sarah Egan Benjes

     Defendant.

---

## COURTROOM MINUTES/MINUTE ORDER

---

**HEARING:   TELEPHONIC MOTION HEARING**
**Court in session:**        11:30 a.m.
Court calls case.  Appearances of counsel.

Discussion and arguments regarding Notice of Unavailability and Motion to Cancel Settlement Conference, doc #[15], filed 11/9/2009.

For the reasons as stated on the record, it is:

ORDERED:     Defendant's Notice of Unavailability and Motion to Cancel Settlement Conference, doc #[15] is GRANTED.  The Settlement Conference currently set for NOVEMBER 16, 2009 at 9:00 is VACATED and reset for JANUARY 7, 2010 at 1:30 p.m.  Client representatives are required to be physically present. Updated Confidential Settlement Statements are due on or before JANUARY 5, 2010.

HEARING CONCLUDED.

**Court in recess**:        11:44 a.m.
Total time in court:     00:14

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.