**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:  09-cv-01697-PAB-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:   January 5, 2010** | **Courtroom Deputy:**   Linda Kahoe |

GARY L. DILLAHUNTY,                                    Bruce Alan Danford

    Plaintiff,

    v.

PRECEPT BUILDERS, INC.,                              James David Arkell

    Defendant.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   TELEPHONIC MOTION HEARING**
**Court in session:       11:28 a.m.**
Court calls case.  Appearances of counsel.

Discussion and arguments regarding Defendant's Motion for Leave to Participate in Settlement Conference by Telephone, doc #[19], filed 1/4/2010.

Discussion regarding Plaintiff's willingness to acceptance of an assignment of the receiveables.

Discussion regarding Defendant providing sale documents under a protective order.

**ORDERED**:   Defendant's Motion for Leave to Participate in Settlement Conference by Telephone, doc #[19], is **GRANTED.**   The Settlement Conference set for January 7, 2010 at 1:30 p.m. will go forward.  Defendant Precept Builders may appear at the Settlement Conference via telephone.  Plaintiff may also appear via telephone.

HEARING CONCLUDED.

**Court in recess**:      **11:58 a.m.**
Total time in court:      00:30

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.